UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY LEE PITTMAN,

    Plaintiff,

Case No. 13-10708
HON. GERSHWIN A. DRAIN

vs.

THE COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#18], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#13], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#16], TERMINATING PLAINTIFF'S MOTION FOR MEDICAL EVIDENCE FOR DISABILITY [#17], AND AFFIRMING THE COMMISSIONER'S FINDINGS

This matter is before the Court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Kelly Lee Pittman's claim for judicial review of Defendant Commissioner of Social Security's ("the Commissioner") denial of his application for supplemental security income benefits. The matter was referred to Magistrate Judge Mona K. Majzoub, who issued a Report and Recommendation on July 30, 2014, recommending that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, terminate Plaintiff's Motion for Medical Evidence for Disability, and affirm the Commissioner's findings. Neither party has filed objections to the Magistrate Judge's

-1-

Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Majzoub's July 30, 2014, Report and Recommendation [#18] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment [#13] is DENIED. Defendant's Motion for Summary Judgment [#16] is GRANTED. Furthermore, Plaintiff's Motion for Medical Evidence for Disability [#17] is TERMINATED.

This cause of action is dismissed.

SO ORDERED.

Dated: August 25, 2014

/s/Gershwin A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 25, 2014, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk